IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>3:12-CV-3860-B</u>
2. Style of case: <u>TINA MECHELLE FOX V. ALPHA TECHNOLOGIES</u>
3. Nature of suit: <u>Employment</u>
4. Method of ADR used:   **X Mediation**   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: <u>3/26/2013</u>
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR

    **XX Settled as a result of ADR.**          ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $<u>2850.00</u>
8. Duration of ADR: <u>Full Day</u>  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    Courtenay L. Bass - Mediator          Jeff Fairchild – Defendant's Rep.
    Tina Mechelle Fox LaRue               John L. Freeman, Esq.-Defendant
    W.D. "Bill" Masterson, Esq.-Plaintiff  Nancy Valencia – Plaintiff's legal asst.
    Mark LaRue – Plaintiff's spouse       John O'Rourke – Defendant's Rep.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                          March 26, 2013
Signature                                    Date

<u>3131 McKinney Avenue, Suite 125, Dallas, Texas  75204</u>   <u>(214)303-4500</u>
Address                                      Telephone

**W.D. "Bill" Masterson, Esq.**
Kilgore & Kilgore, PLLC
3109 Carlisle
Suite 200
Dallas, TX  75204
(214) 969-9099
(214) 953-0133


**John L. Freeman, Esq.**
Key Harrington Barnes, P.C.
3710 Rawlins Street
Suite 950
Dallas, TX  75219
(214) 615-7925
(214) 615-7926