UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TINA MECHELLE FOX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-3860-B |
| | § | |
| ALPHA TECHNOLOGIES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Alternative Dispute Resolution Summary (doc. 15) indicates that this case has settled. Accordingly, the Court **ORDERS** the parties to present to the Court a final judgment or agreed order of dismissal on or before **May 10, 2013.** All other dates and deadlines associated with this case are hereby vacated.

SO ORDERED.

SIGNED: March 27, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE