IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TINA MECHELLE FOX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3-12-cv-3860-B |
| | § | |
| ALPHA TECHNOLOGIES, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Plaintiff, Tina Mechelle Fox, and Defendant, Alpha Technologies Services, Inc., file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. This case is not a class action.

2. A receiver has not been appointed in this case.

3. This case is not governed by any federal statute that requires a court order for dismissal.

4. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

5. This dismissal is with prejudice to refiling as to all claims asserted or which could have been asserted.

Respectfully submitted,

**KILGORE & KILGORE, PLLC**

By:   /s/   W. D. Masterson
       W. D. Masterson
       SBN 13184000
       Theodore C. Anderson
       SBN 01215700

       3109 Carlisle
       Dallas, Texas 75204
       214/969-9099 - Telephone
       214/953-0133 - Facsimile
       ATTORNEYS FOR PLAINTIFF
       TINA MECHELLE FOX

**KEY HARRINGTON BARNES, PC**

By:   /s/   John L. Freeman
       John L. Freeman
       SBN 07425500
       3710 Rawlins Street
       Suite 950
       Dallas, Texas 75219
       214/615-7923 - Telephone
       214/615-7926 - Facsimile

       ATTORNEYS FOR DEFENDANT
       ALPHA TECHNOLOGIES SERVICES, INC.